UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# MINUTE ENTRY

### Hearing Information

| | |
|---|---|
| Bankruptcy Judge: | The Honorable Brenda Moody Whinery |
| Case Number: | 4:25-bk-05040-BMW |
| Debtor(s): | GRACE NICOLE SOTO |
| Chapter: | 13 |
| Date and Time: | 08/07/2025 10:30 AM |
| Location(s): | Videoconference |
| Courtroom Clerk: | Rebecca Volz |
| Electronic Court Recording Operator: | Rhianna Dominguez |

### Matter(s)

MOTION TO EXTEND THE AUTOMATIC STAY
7 / 12

### Appearances

JODY A. CORRALES, REPRESENTING GRACE NICOLE SOTO AND APPEARING BY VIDEOCONFERENCE
LISA THOMPSON, REPRESENTING TRUSTEE KERNS AND APPEARING BY VIDEOCONFERENCE

### Proceedings

Ms. Corrales argues in support of the Motion. Debtor's Declaration is on file indicating that she is acting in good faith. There were no motions for relief from stay pending in the prior case. The Motion and Order were noticed out and there are no objections.

Ms. Thompson reports that no plan payments have been received yet. Debtor testified at her 341 Meeting that she just signed up for TFS bill pay and would be bringing the payments current. No copies of tax returns have been received yet.

Ms. Corrales states that the Debtor will bring the payments current within 7 days. Debtor is acting in good faith and may be filing a motion to approve a trial loan modification soon. She has the tax returns for the business, but is waiting on the personal tax returns. Debtor's CPA had an emergency that delayed the preparation of the personal returns. The returns will be filed timely to comply with the Code.

The Court is not inclined to grant the requested relief unless the plan payments are current.

COURT: AFTER THE PAYMENTS ARE CAUGHT UP, DEBTOR IS TO FILE A PLEADING TO INDICATE THAT PLAN PAYMENTS ARE CURRENT PURSUANT TO THIS COURT'S ORDER. COUNSEL IS TO UPLOAD A FORM OF ORDER GRANTING THE MOTION TO EXTEND STAY THEREAFTER FOR THE COURT'S CONSIDERATION.