# Notice Recipients

District/Off: 0970–4   User: admin   Date Created: 09/19/2025
Case: 4:25–bk–05040–BMW   Form ID: deffmgmt   Total: 2

**Recipients of Notice of Electronic Filing:**
aty   JODY A. CORRALES   jcorrales@dmyl.com

                                      TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   GRACE NICOLE SOTO   809 N. ANITA AVENUE   TUCSON, AZ 85705

                                      TOTAL: 1